United States Bankruptcy Court

Northern District of Indiana

In re: Case No. 23-31030-pes
Albert Atkinson Wissinger Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0755-3      User: admin      Page 1 of 3
Date Rcvd: Aug 18, 2023      Form ID: 309A      Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Albert Atkinson Wissinger, 54677 Suburban Dr., Elkhart, IN 46516-5393 |
| 15658396 | + | Afdent, 605 w douglas, Mishawaka, IN 46545-1438 |
| 15658400 | + | BEACON HEALTH SYSTEM, BEACON MEDICAL GROUP, 615 N. Michigan Street, South Bend, IN 46601-1033 |
| 15658401 | #+ | BEACON Medical Group, 3301 County Road 6 East, Elkhart, IN 46514-7673 |
| 15658402 | + | BENSON, PANTELLO & MORRIS, LLP, 1034 WINGATE DRIVE, Fort Wayne, IN 46845-1352 |
| 15658413 | | ELKHART CLINIC PHYSICIANS, 2115 N. LEXINGTON, Elkhart, IN 46515 |
| 15658411 | + | Elkhart Clinic & Endoscopy Center, 2117 W. Lexington, Elkhart, IN 46514-1423 |
| 15658412 | + | Elkhart Clinic LLC, 303 S Nappanee St, Elkhart, IN 46514-2098 |
| 15658414 | + | Elkhart Clinic, LLC, PO BOX 2968, Elkhart, IN 46515-2968 |
| 15658416 | + | Indiana Michigan power, 606 red bud trail n, Buchanan, MI 49107-1394 |
| 15658418 | + | JACK MORRIS, ATTORNEY, 4666 WEST JEFFERSON BLVD., SUITE 190, Fort Wayne, IN 46804-6893 |
| 15658419 | | MAC TOOLS CREDIT, P.O. Box 933614, Atlanta, GA 31193-3614 |
| 15658420 | | MEDI-LYNX CARDIAC MONITORING LLC, DEPT. 1086, PO BOX 268934, Oklahoma City, OK 73126-8934 |
| 15658426 | + | One main financial, 5230 beck Dr #2A, Elkhart, IN 46516-9059 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jkt@comcast.net | Aug 18 2023 23:46:00 | James K. Tamke, 922 East Jefferson Blvd., South Bend, IN 46617 |
| tr | + | EDI: FDRADELSPERGER | Aug 19 2023 03:40:00 | Douglas R. Adelsperger, Adelsperger Law Offices, LLC, 1251 N. Eddy Street, Ste 200, South Bend, IN 46617-1478 |
| smg | | Email/Text: INDWDBankruptcy@dwd.IN.gov | Aug 18 2023 23:46:00 | Indiana Employment Security Division, 10 North Senate Street, Indianapolis, IN 46204 |
| ust | | Email/Text: ustpregion10.so.ecf@usdoj.gov | Aug 18 2023 23:47:00 | Nancy J. Gargula, 100 East Wayne Street, 5th Floor, South Bend, IN 46601-2349 |
| 15658417 | | Email/Text: AEPBankruptcy@aep.com | Aug 18 2023 23:46:00 | INDIANA MICHIGAN POWER, AEP, PO BOX 371496, Pittsburgh, PA 15250-7496 |
| 15658395 | | Email/Text: AEPBankruptcy@aep.com | Aug 18 2023 23:46:00 | AEP, PO BOX 24401, Canton, OH 44701 |
| 15658397 | + | Email/Text: backoffice@affirm.com | Aug 18 2023 23:47:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15658398 | + | Email/Text: backoffice@affirm.com | Aug 18 2023 23:47:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15658399 | + | EDI: TSYS2 | Aug 19 2023 03:40:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15658403 | + | EDI: CAPITALONE.COM | Aug 19 2023 03:40:00 | Capital One, Attn: Bankruptcy, Po Box 30285, |

| District/off: 0755-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 18, 2023 | Form ID: 309A | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 15658405 | + | EDI: CAPITALONE.COM | Aug 19 2023 03:40:00 | Capital One, Attn: Bankruptcy, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15658404 | + | EDI: CAPITALONE.COM | Aug 19 2023 03:40:00 | Capital one, P.o. box 30285, Salt Lake city, UT 84130-0285 |
| 15658407 | | Email/Text: ebn@carepayment.com | Aug 18 2023 23:47:00 | CarePayment, P.O. Box 9197, Pompano Beach, FL 33075-9197 |
| 15658406 | | Email/Text: ebn@carepayment.com | Aug 18 2023 23:47:00 | Carepayment, PO BOX 2398, Omaha, NE 68103-2398 |
| 15658408 | + | Email/Text: ctcdupecust@cornwelltools.com | Aug 18 2023 23:47:00 | Cornwell Quality Tools, Attn: Bankruptcy Dept, 667 Seville Road, Wadsworth, OH 44281-1077 |
| 15658409 | + | EDI: CCS.COM | Aug 19 2023 03:40:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15658410 | + | EDI: CCS.COM | Aug 19 2023 03:40:00 | Credit Collection Services, PO BOX 607, Norwood, MA 02062-0607 |
| 15659744 | | Email/Text: bankruptcy@elkhartcounty.com | Aug 18 2023 23:47:00 | Elkhart County Treasurer, Bankruptcy Clerk, Room 201, 117 North Second Street, Goshen IN 46526 |
| 15658415 | ^ | MEBN | Aug 18 2023 23:44:25 | Elkhart Superior Court 6, CASE NO. 20D06-1902-SC-000903, 315 S. SECOND ST., Elkhart, IN 46516-3140 |
| 15659745 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Aug 18 2023 23:47:00 | Indiana Department of Revenue, Bankruptcy Section, 100 North Senate Avenue, N240, Indianapolis IN 46204 |
| 15658422 | | Email/Text: nipscobankruptcymailbox@nisource.com | Aug 18 2023 23:47:00 | NIPSCO, P.O. Box 13013, Merrillville, IN 46411-3013 |
| 15658421 | + | Email/Text: nipscobankruptcymailbox@nisource.com | Aug 18 2023 23:47:00 | Nipsco, P.o. box 13007, Merrillville, IN 46411-3007 |
| 15658423 | | Email/Text: OACSTEAM@na.firstsource.com | Aug 18 2023 23:47:00 | ONE ADVANTAGE, 7650 MAGNA DR, Belleville, IL 62223 |
| 15658424 | | Email/Text: OACSTEAM@na.firstsource.com | Aug 18 2023 23:47:00 | One Advantage, LLC, Attn: Bankruptcy Department, 1232 W State Road 2, La Porte, IN 46350 |
| 15658425 | + | EDI: AGFINANCE.COM | Aug 19 2023 03:40:00 | ONE MAIN, PO BOX 1010, Evansville, IN 47706-1010 |
| 15658427 | + | EDI: AGFINANCE.COM | Aug 19 2023 03:40:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15658430 | + | Email/Text: BKMAIL@planethomelending.com | Aug 18 2023 23:47:00 | Planet Home Lending, LLC, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 15658428 | + | Email/Text: BKMAIL@planethomelending.com | Aug 18 2023 23:47:00 | Planet home lending, 321 research parkway suite 303, Meriden, CT 06450-8342 |
| 15658431 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 18 2023 23:46:00 | Progressive Insurance, Dept 0561, Carol Stream, IL 60132-0561 |
| 15658432 | | Email/Text: legalservices12@snaponcredit.com | Aug 18 2023 23:47:00 | Snap-on Credit, Attn: Bankruptcy, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 15658434 | + | Email/Text: diane@creditserviceintl.com | Aug 18 2023 23:47:00 | SUMMIT ACCOUNT & COMPUTER SERVICE INC, dba GENERAL COLLECTIONS INC., 4666 WEST JEFFERSON BLVD., SUITE 190, Fort Wayne, IN 46804-6893 |
| 15658433 | + | Email/Text: diane@creditserviceintl.com | Aug 18 2023 23:47:00 | SUMMIT ACCOUNT & COMPUTER SERVICE INC, 4666 WEST JEFFERSON BLVD., SUITE 190, Fort Wayne, IN 46804-6893 |

| | | |
|---|---|---|
| District/off: 0755-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 18, 2023 | Form ID: 309A | Total Noticed: 46 |
| TOTAL: 32 | | |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15658429 | *+ | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 20, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas R. Adelsperger | trustee@adelspergerlawoffices.com  dra@trustesolutions.net |
| James K. Tamke | on behalf of Debtor 1 Albert Atkinson Wissinger jkt@comcast.net |
| Nancy J. Gargula | USTPRegion10.SO.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Albert Atkinson Wissinger<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–0925 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | _ _ _ _<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Indiana | Date case filed for chapter: | 7    8/17/23 |
| Case number: | 23–31030–pes | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Albert Atkinson Wissinger | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 54677 Suburban Dr.<br>Elkhart, IN 46516 | |
| 4. | **Debtor's attorney**<br>Name and address | James K. Tamke<br>922 East Jefferson Blvd.<br>South Bend, IN 46617 | Contact phone (574) 289–8788<br>Email: jkt@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Douglas R. Adelsperger<br>Adelsperger Law Offices, LLC<br>1251 N. Eddy Street<br>Ste 200<br>South Bend, IN 46617 | Contact phone 260–407–0909<br>Email: trustee@adelspergerlawoffices.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 401 S. Michigan Street<br>South Bend, IN 46601 | Hours open:<br>9:00 a.m. – 4:00 p.m. Monday – Friday<br><br>Contact phone 574–968–2100<br><br>Date: 8/18/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 20, 2023 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone number: 866–812–9746, Access code: 3734728**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/20/23** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |